**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 95-3010**

—————

ORVIN FLOYD VILLERS; CHERYL VILLERS,

Plaintiffs - Appellants,

versus

BOARD OF TRUSTEES, SHEET METAL WORKERS' NA-
TIONAL PENSION FUND; LOCAL UNION NO. 33, SHEET
METAL WORKERS INTERNATIONAL ASSOCIATION,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Parkersburg. Charles H. Haden II, Chief
District Judge.  (CA-94-778)

—————

Submitted:  May 31, 1996         Decided:  June 27, 1996

—————

Before WIDENER, NIEMEYER, and HAMILTON, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Orvin Floyd Villers, Cheryl Villers, Appellants Pro Se.  Robin Jean
Davis, John Francis Dascoli, SEGAL & DAVIS, L.C., Charleston, West
Virginia, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order granting Appellees' motion for summary judgment in this civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Villers v. Board of Trustees, Sheet Metal Workers Nat'l Pension Fund</u>, 901 F. Supp. 1111 (S.D.W. Va. 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>